**Harald SCHMIDT, Plaintiff–Appellant,**

v.

**UNITED STATES POSTAL SERVICE,
Defendant–Appellee.**

No. 02–2178.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Harald Schmidt, Appellant Pro Se. Dennis Edward Szybala, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before LUTTIG, MOTZ and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Harald Schmidt appeals the district court's order dismissing without prejudice his civil action for failure to exhaust administrative remedies.* We have re-

* Generally, dismissals without prejudice are   not appealable. *Domino Sugar Corp. v. Sugar*

viewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Schmidt v. United States Postal Serv.,* No. CA–02–857–A (E.D. Va. filed Aug. 2, 2002, and entered Aug. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

*Workers Local Union 392,* 10 F.3d 1064, 1066 (4th Cir.1993). However, a dismissal without prejudice could be final if no amendment to the complaint could cure the defects in the plaintiff's case. *Id.* at 1066–67. We find that the district court's order is a final, appealable order because the defect in the complaint-failure to exhaust administrative remedies-had to be cured by something more than an amendment to the complaint. *Id.*